**Order entered May 29, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00376-CR

**JOE HENRY MACK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Collin County, Texas**
**Trial Court Cause No. 002-80956-2013**

## ORDER

The Court has before it appellant's pro se motion to proceed in forma pauperis and to obtain a copy of the record and exhibits. The clerk's and reporter's records have been filed with this Court. So, it appears appellant, who is representing himself, is seeking a copy of the record to allow him to prepare his brief.

The record reflects that although appellant was given credit for the time served and has completed the sentence imposed by the trial court in the above case, he was returned to prison on a parole violation.

Accordingly, this Court **ORDERS** the Collin County Clerk and court reporter Marigay Black, to send copies of the clerk's and reporter's records to appellant at the East Texas Treatment Facility, P.O. Box 8000, Henderson, Texas 75653-8000. We further **ORDER** the

Collin County Clerk and Ms. Black to file, within **FIFTEEN DAYS** of the date of this order, written verification that they have sent copies of the record to appellant.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Barnett Walker, Presiding Judge, County Court at Law No. 2; the Collin County Clerk; and Marigay Black, official court reporter, County Court at Law No. 2.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Joe Henry Mack, No. 671331, East Texas Treatment Facility, P.O. Box 8000, Henderson, Texas 75653-8000.

/s/    DAVID EVANS
        JUSTICE